David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, ANGELINA A. GARCIA*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA A. GARCIA, | Case No. 2:17-cv-00199-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>PLUSFOUR, INC ONLY</u>** |
| PLUSFOUR, INC; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | ECF No. 8, 9, 12 |

Plaintiff ANGELINA A. GARCIA and PLUSFOUR, INC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in

…

…

…

…

…

…

…

…

Page **1** of **2**

accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, PLUSFOUR, INC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:	March 6, 2017

| | |
|---|---|
| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Raleigh C. Thompson, Esq.<br>Raleigh C. Thompson, Esq.<br>Nevada Bar No. 11296<br>MORRIS LAW GROUP<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, NV 89101<br>*Attorney for Defendant PLUSFOUR, INC* |

## ORDER

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation [ECF No. 12] is between the plaintiff and only one of the two defendants in this case. Accordingly, I treat it as a joint motion under LR 7-1(c), find good cause, and **GRANT it [ECF No. 12]**. IT IS THEREFORE ORDERED that **all claims against defendant Plusfour, Inc. are DISMISSED with prejudice**, each party to bear its own fees and costs. Plusfour's Motion to Dismiss or, in the Alternative, for Summary Judgment **[ECF Nos. 8, 9] is DENIED** as moot, and **the 5/22/17 hearing is VACATED**.

_____
Jennifer Dorsey
U.S. District Judge    3-7-17