# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELINA A. GARCIA, | Case No. 2:17-cv-00199-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| PLUSFOUR, INC., | |
| Defendant(s). | |

On March 7, 2017, Plaintiff filed a notice of settlement with Equifax. Docket No. 14. No later than July 6, 2017, the parties shall file dismissal papers or a joint status report.

IT IS SO ORDERED.

Dated: June 22, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE